UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

SONY BMG ENTERTAINMENT, a
Delaware general partnership; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; and UMG RECORDINGS, INC.,
a Delaware corporation,

        Plaintiffs,

      v.                                   Case No. 05-C-333

DREW VIGANI,

        Defendant.

_____

O R D E R

       The court, after reviewing the complaint filed by the named plaintiffs

in this action, is obliged to conclude they have failed to properly identify the

defendant.

       Accordingly,

       IT IS ORDERED that this action be and the same is hereby

DISMISSED without prejudice.

       The clerk is directed to enter judgment accordingly.

       Dated at Milwaukee, Wisconsin, this   18th   day of April, 2005.

                             BY THE COURT:

                             s/ J. P. Stadtmueller_____
                             J. P. Stadtmueller
                             U.S. District Judge