# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SONY BMG ENTERTAINMENT,
ATLANTIC RECORDING CORPORATION, and
UMG RECORDINGS, INC.                              JUDGMENT IN A CIVIL

                      v.                                 case number: 05-C-333

DREW VIGANI

    Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice.

APPROVED:    s/ J. P. Stadtmueller
            U.S. District Judge

  April 18, 2005                               SOFRON B. NEDILSKY
Date                                              Clerk

                                              s/ Patricia K. Blackburn
                                              (By) Deputy Clerk